UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EQHEALTH ADVISEWELL, INC.         CIVIL ACTION

VERSUS

HOMELAND INS. CO. OF N.Y.         NO. 22-00050-BAJ-EWD

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE.**

Baton Rouge, Louisiana, this 17th day of July, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Jury